FILED
March 4, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. CA4A/F4459252
           Plaintiff,               )   2:15-MJ-0042 AC
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
GILBERT C. YADON,                   )
                                    )
           Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __GILBERT C. YADON__ , Case No. __CA4A/F4459252__ , Charge __36CFR261.6(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of $_____

      __ Unsecured Appearance Bond $_____

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond with Surety

      __ Corporate Surety Bail Bond

      ✔ (Other)      __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 4, 2015__ at __2:00 pm__ .

                              By  /s/ Allison Claire/s/ Allison Claire
                                  Allison Claire
                                  United States Magistrate Judge

Copy 2 - Court