HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
GILBERT YADON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GILBERT YADON,<br><br>  Defendant. | Case No. 2:15-MJ-00042-AC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT TRIAL AND SET FOR A STATUS CONFERENCE<br><br>Date:   June 15, 2014<br>Time:  9:00 a.m.<br>Judge:  Hon. Allison Claire |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, JASON LEONG, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for GILBERT YADON, that the Court vacate the court trial on May 18, 2015 at 9:00a.m. and set a status conference on June 15, 2015 at 9:00 a.m.

   The reason for this continuance is that Mr. Yadon recently had some sort of seizure/stroke that resulted in hospitalization.  Additional time is needed to for Mr. Yadon to deal with his health issues.

/ / /

/ / /

/ / /

/ / /

-1-

DATED: May 8, 2015                                   Respectfully submitted,

                                                    HEATHER WILLIAMS
                                                    Federal Defender
                                                    */s/Linda Harter*
                                                    LINDA HARTER
                                                    Chief Assistant to the Federal Defender
                                                    Attorneys for Defendant
                                                    GILBERT YADON

Dated: May 8, 2015                                   BENJAMIN B. WAGNER
                                                    United States Attorney


                                                   */s/ Jason Leong*
                                                    JASON LEONG
                                                    Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.


Dated: May 8, 2015

                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE