HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
GILBERT YADON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-MJ-00042-AC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE BENCH TRIAL |
| v. | Date:  November 16, 2014 |
| GILBERT YADON, et al., | Time:  9:00 a.m. |
| Defendant. | Judge:  Hon. Allison Claire |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ELLIOT WONG, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for GILBERT YADON, and CANDICE L. FIELDS attorney for defendant GARI L. McGRAW that the Court continue the bench trial set for October 5, 2015 at 9:00 a.m. to Monday, November 16, 2015 at 9:00 a.m.

The reason for this continuance is that both parties need additional time to review discovery and continue to conduct further investigation.  Also our new Certified Law Clerks assigned to this case need additional time to familiarize themselves with the case.

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: September 11, 2015 | Respectfully submitted, |
| | HEATHER WILLIAMS<br>Federal Defender |
| | /s/Linda C. Harter<br>LINDA C. HARTER<br>Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>GILBERT YADON |
| DATED:  September 11, 2015 | /s/ Candice L, Fields<br>CANDICE L. FIELDS<br>Attorney for Defendant<br>GARI L. McGRAW |
| DATED: September 11, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Elliot Wong<br>ELLIOT WONG<br>Special Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: September 11, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE